UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-1091CR-HURLSMITH

MAGISTRATE JUDGE
GARBER

UNITED STATES OF AMERICA

v.

SAMUEL KNOWLES, et al.

_____/ Unsealed _____

### MOTION TO SEAL INDICTMENT AND ARREST WARRANTS

The United States of America, by and through the undersigned Assistant United States Attorney, hereby moves this Honorable Court to order the Indictment and arrest warrants in this case to be **sealed** until such time as any one of the defendants has been arrested. In support, the government submits that the above Indictment represents an ongoing investigation and disclosure at this time may endanger sources of information, jeopardize the investigation and prompt individuals to flee. The government further requests that this Motion and Order be sealed until such time as the Indictment in this case is unsealed.

Respectfully submitted this 7th day of December, 2000.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
KAREN E. GILBERT
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 771007
8245 N.W. 53rd Street
Miami, Florida 33166
Tel:   (305) 597-2096/2018
Fax:   (305) 597-2020