UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-1091-CR-HIGHSMITH

UNITED STATES OF AMERICA

v.

SAMUEL KNOWLES
LEMUEL GIBSON
FRANK CARTWRIGHT
DERRICK BLAKE
PEDRO FERNANDEZ and
DASHIEL PICHS

_____/



FILED by _____ D.C.

MAR 2 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

## ORDER PLACING DEFENDANT(S) IN FUGITIVE

The above-styled defendants are hereby transferred
to the Clerk's fugitive docket until such time as the
fugitive, SAMUEL KNOWLES, LEMUEL GIBSON, FRANK
CARTWRIGHT, DERRICK BLAKE, PEDRO FERNANDEZ and DASHIEL
PICHS , are apprehended.

Dated: March 21, 2001

BY DIRECTION OF THE COURT

Clarence Maddox, Clerk

By: _____

Deputy Clerk