UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-1091-CR-HIGHSMITH(s)
21 U.S.C. § 841
21 U.S.C. § 846
21 U.S.C. § 952
21 U.S.C. § 963
21 U.S.C. § 853

UNITED STATES OF AMERICA

Plaintiff,

vs.

SAMUEL KNOWLES,
LEMUEL GIBSON,
FRANK CARTWRIGHT,
GLENROY RILEY,
DERRICK BLAKE,
JESUS ALONZO,
RAMON ROJAS, Sr.
PEDRO FERNANDEZ, Sr.,
DASHIEL PICHS,
NEHRU NEWTON,
and
JULIAN RUSSEL
            Defendants.
_____/


FILED BY
01 JUN -1 PM 4:19
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL. - MIAMI

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1

From a time unknown to the Grand Jury, but at least from on or about November 11, 1997 and continuing through December 8, 2000, in Miami, Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

>           SAMUEL KNOWLES,
>           LEMUEL GIBSON,
>          FRANK CARTWRIGHT,
>           GLENROY RILEY,
>           DERRICK BLAKE,
>           JESUS ALONZO,
>          RAMON ROJAS, Sr.,
>         PEDRO FERNANDEZ, Sr.,
>           DASHIEL PICHS,
>           NEHRU NEWTON,
>                and
>           JULIAN RUSSEL

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons known and unknown to the Grand Jury to possess with intent to distribute a Schedule II controlled substance, that is, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, and a Schedule I controlled substance, that is, one thousand (1000) kilograms or more of a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

## COUNT II

From a time unknown to the Grand Jury, but at least from on or about November 11, 1997 and continuing through December 8, 2000, in Miami, Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

>           SAMUEL KNOWLES,
>           LEMUEL GIBSON,
>          FRANK CARTWRIGHT,
>           GLENROY RILEY,
>           DERRICK BLAKE,
>           JESUS ALONZO,
>          RAMON ROJAS, Sr.,
>         PEDRO FERNANDEZ, Sr.,

DASHIEL PICHS,
NEHRU NEWTON,
and
JULIAN RUSSEL

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons known and unknown to the Grand Jury to import into the United States from a place outside thereof, a Schedule II controlled substance, that is, five(5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, and a Schedule I controlled substance, that is, one thousand (1000) kilograms or more of a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Sections 963 and 960(b)(1).

## COUNT III

Beginning on or about June 10, 2000, and continuing through June 12, 2000, in Miami, Miami-Dade County, in the Southern District of Florida and elsewhere, the defendants,

SAMUEL KNOWLES,
JESUS ALONZO,
LEMUEL GIBSON,
PEDRO FERNANDEZ, Sr.,
DASHIEL PICHS,
and
NEHRU NEWTON

did knowingly and intentionally possess with the intent to distribute a Schedule II controlled substance, that is, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, and a Schedule I controlled substance, that is, one hundred (100) kilograms or more of a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 846(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT IV

Beginning on or about June 10, 2000, and continuing through June 12, 2000, in Miami, Miami-Dade County, in the Southern District of Florida and elsewhere, the defendants,

SAMUEL KNOWLES,
JESUS ALONZO,
LEMUEL GIBSON,
PEDRO FERNANDEZ, Sr.,
DASHIEL PICHS,
and
NEHRU NEWTON

did knowingly and intentionally import into the United States from a place outside thereof, a Schedule II controlled substance, that is, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, and a Schedule I controlled substance, that is, one hundred (100) kilograms or more of a mixture and substance containing a detectable amount of marijuana; in violation of Title 21, United States Code, Sections 952(a) and 960(b)(1), and Title 18, United States Code, Section 2.

## FORFEITURE

The allegations contained in counts I through IV of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

The defendants, upon conviction of violating 21 U.S.C. § 846, 963 as alleged in Counts I through IV above, shall forfeit to the United States any property constituting or derived from, any proceeds which the defendants, obtained, directly or indirectly, as the result of such violation; and any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of such violation, all in accordance with 21 U.S.C.§ 853(a)(1) and (a)(2).

Such forfeiture shall include, but are not limited to the following:

$2,563,260.00 in United States Currency

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred, or sold to, or deposited with a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek the forfeiture of any other property of defendant up to the value of the above-described forfeitable property.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
KAREN E. GILBERT
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

SAMUEL KNOWLES, et al.

CASE NO.    00-1091-CR-HIGHSMITH(s)

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

New Defendant(s)          Yes  X   No ___
Number of New Defendants        2
Total number of counts          4

**Court Division:** (Select One)

_X_ Miami   ___ Key West
___ FTL     ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    YES
   List language and/or dialect   SPANISH

4. This case will take _10_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days    ___         Petty      ___
   II   6 to 10 days   ___         Minor      ___
   III  11 to 20 days   X          Misdem.    ___
   IV   21 to 60 days  ___         Felony      X
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)   Yes
   If yes:
   Judge: __Highsmith__            Case No. __00-1091__
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)    NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)    NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  ___ Yes  _X_ No    If yes, was it pending in the Central Region? ___ Yes _X_ No

8. Did this case originate in the Narcotics Section, Miami?  _X_ Yes  ___ No

KAREN E. GILBERT
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 771007

\*Penalty Sheet(s) attached                                    REV.3/19/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __SAMUEL KNOWLES__     Case No. __00-1091-CR-HIGHSMITH(s)__

| | |
|---|---|
| Count 1: | Conspiracy to possess with intent to distribute cocaine and marijuana. |
| | 21 U.S.C. §§ 846 and 841(b)(1)(A)(ii) |
| *Max. Penalty: | Life imprisonment |
| Count 2: | Conspiracy to import cocaine and marijuana |
| | 21 U.S.C. §§ 963 and 960(b)(1)(B) |
| *Max. Penalty: | Life imprisonment |
| Count 3: | Possession with intent to distribute cocaine and marijuana |
| | 21 U.S.C. §§ 846 and 841(b)(1)(A)(ii) |
| *Max. Penalty: | Lifetime imprisonment. |
| Count 4: | Importation of cocaine and marijuana. |
| | 21 U.S.C. §§ 952(a) |
| *Max. Penalty: | Lifetime imprisonment. |
| *Max. Penalty: | |
| *Max. Penalty: | |

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __LEMUEL GIBSON__   Case No. __00-1091-CR-HIGHSMITH(s)__

| | |
|---|---|
| Count 1: | Conspiracy to possess with intent to distribute cocaine and marijuana. |
| | 21 U.S.C. §§ 846 and 841(b)(1)(A)(ii) |
| *Max. Penalty: | Life imprisonment |
| Count 2: | Conspiracy to import cocaine and marijuana |
| | 21 U.S.C. §§ 963 and 960(b)(1)(B) |
| *Max. Penalty: | Life imprisonment |
| Count 3: | Possession with intent to distribute cocaine and marijuana |
| | 21 U.S.C. §§ 846 and 841(b)(1)(A)(ii) |
| *Max. Penalty: | Lifetime imprisonment. |
| Count 4: | Importation of cocaine and marijuana. |
| | 21 U.S.C. §§ 952(a) |
| *Max. Penalty: | Lifetime imprisonment. |
| : | |

*Max. Penalty:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __FRANK CARTWRIGHT__   Case No. __00-1091-CR-HIGHSMITH(s)__

| | |
|---|---|
| Count 1: | Conspiracy to possess with intent to distribute cocaine and marijuana. |
| | 21 U.S.C. §§ 846 and 841(b)(1)(A)(ii) |
| *Max. Penalty: | Life imprisonment |
| Count 2: | Conspiracy to import cocaine and marijuana |
| | 21 U.S.C. §§ 963 and 960(b)(1)(B) |
| *Max. Penalty: | Life imprisonment |
| *Max. Penalty: | |
| *Max. Penalty: | |
| *Max. Penalty: | |

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __GLENROY RILEY__   Case No. __00-1091-CR-HIGHSMITH(s)__

| | |
|---|---|
| Count 1: | Conspiracy to possess with intent to distribute cocaine and marijuana. |
| | 21 U.S.C. §§ 846 and 841(b)(1)(A)(ii) |
| *Max. Penalty: | Life imprisonment |
| Count 2: | Conspiracy to import cocaine and marijuana |
| | 21 U.S.C. §§ 963 and 960(b)(1)(B) |
| *Max. Penalty: | Life imprisonment |
| | |
| *Max. Penalty: | |
| | |
| *Max. Penalty: | |
| Count 7: | |
| | |
| *Max. Penalty: | |

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __DERRICK BLAKE__    Case No. __00-1091-CR-HIGHSMITH(s)__

| Count 1: | Conspiracy to possess with intent to distribute cocaine and marijuana. |
|---|---|
| | 21 U.S.C. §§ 846 and 841(b)(1)(A)(ii) |
| *Max. Penalty: | Life imprisonment |
| Count 2: | Conspiracy to import cocaine and marijuana |
| | 21 U.S.C. §§ 963 and 960(b)(1)(B) |
| *Max. Penalty: | Life imprisonment |
| *Max. Penalty: | |
| *Max. Penalty: | |
| *Max. Penalty: | |

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __JESUS ALONZO__      Case No. __00-1091-CR-HIGHSMITH(s)__

| Count 1: | Conspiracy to possess with intent to distribute cocaine and marijuana. |
|---|---|
| | 21 U.S.C. §§ 846 and 841(b)(1)(A)(ii) |
| *Max. Penalty: | Life imprisonment |
| Count 2: | Conspiracy to import cocaine and marijuana |
| | 21 U.S.C. §§ 963 and 960(b)(1)(B) |
| *Max. Penalty: | Life imprisonment |
| Count 3: | Possession with intent to distribute cocaine and marijuana |
| | 21 U.S.C. §§ 846 and 841(b)(1)(A)(ii) |
| *Max. Penalty: | Lifetime imprisonment. |
| Count 4: | Importation of cocaine and marijuana. |
| | 21 U.S.C. §§ 952(a) |
| *Max. Penalty: | Lifetime imprisonment. |
| : | |
| *Max. Penalty: | |
| *Max. Penalty: | |

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __RAMON ROJAS, SR.__   Case No. 00-1091-CR-HIGHSMITH(s)

| | |
|---|---|
| Count 1: | Conspiracy to possess with intent to distribute cocaine and marijuana. |
| | 21 U.S.C. §§ 846 and 841(b)(1)(A)(ii) |
| *Max. Penalty: | Life imprisonment |
| Count 2: | Conspiracy to import cocaine and marijuana |
| | 21 U.S.C. §§ 963 and 960(b)(1)(B) |
| *Max. Penalty: | Life imprisonment |
| *Max. Penalty: | |
| *Max. Penalty: | |
| *Max. Penalty: | |

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __PEDRO FERNANDEZ, SR.__   Case No. __00-1091-CR-HIGHSMITH(s)__

| | |
|---|---|
| Count 1: | Conspiracy to possess with intent to distribute cocaine and marijuana. |
| | 21 U.S.C. §§ 846 and 841(b)(1)(A)(ii) |
| *Max. Penalty: | Life imprisonment |
| Count 2: | Conspiracy to import cocaine and marijuana |
| | 21 U.S.C. §§ 963 and 960(b)(1)(B) |
| *Max. Penalty: | Life imprisonment |
| Count 3: | Possession with intent to distribute cocaine and marijuana |
| | 21 U.S.C. §§ 846 and 841(b)(1)(A)(ii) |
| *Max. Penalty: | Lifetime imprisonment. |
| Count 4: | Importation of cocaine and marijuana. |
| | 21 U.S.C. §§ 952(a) |
| *Max. Penalty: | Lifetime imprisonment. |
| Count 6: | |

*Max. Penalty:
  Count 7:

*Max. Penalty:
  *Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __DASHIEL PICHS__    Case No. __00-1091-CR-HIGHSMITH(s)__

| Count 1: | Conspiracy to possess with intent to distribute cocaine and marijuana. |
|---|---|
|  | 21 U.S.C. §§ 846 and 841(b)(1)(A)(ii) |
| *Max. Penalty: | Life imprisonment |
| Count 2: | Conspiracy to import cocaine and marijuana |
|  | 21 U.S.C. §§ 963 and 960(b)(1)(B) |
| *Max. Penalty: | Life imprisonment |
| Count 3: | Possession with intent to distribute cocaine and marijuana |
|  | 21 U.S.C. §§ 846 and 841(b)(1)(A)(ii) |
| *Max. Penalty: | Lifetime imprisonment. |
| Count 4: | Importation of cocaine and marijuana. |
|  | 21 U.S.C. §§ 952(a) |
| *Max. Penalty: | Lifetime imprisonment. |
| Count |  |
| *Max. Penalty: |  |
| Count |  |
| *Max. Penalty: |  |

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: NEHRU NEWTON         Case No.   00-1091-CR-HIGHSMITH(s)

| | |
|---|---|
| Count 1: | Conspiracy to possess with intent to distribute cocaine and marijuana. |
| | 21 U.S.C. §§ 846 and 841(b)(1)(A)(ii) |
| *Max. Penalty: | Life imprisonment |
| Count 2: | Conspiracy to import cocaine and marijuana |
| | 21 U.S.C. §§ 963 and 960(b)(1)(B) |
| *Max. Penalty: | Life imprisonment |
| Count 3: | Possession with intent to distribute cocaine and marijuana |
| | 21 U.S.C. §§ 846 and 841(b)(1)(A)(ii) |
| *Max. Penalty: | Lifetime imprisonment. |
| Count 4: | Importation of cocaine and marijuana. |
| | 21 U.S.C. §§ 952(a) |
| *Max. Penalty: | Lifetime imprisonment. |
| Count : | |
| *Max. Penalty: | |
| Count : | |
| *Max. Penalty: | |

   *Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __JULIAN RUSSEL__     Case No. __00-1091-CR-HIGHSMITH(s)__

| | |
|---|---|
| Count 1: | Conspiracy to possess with intent to distribute cocaine and marijuana. |
| | 21 U.S.C. §§ 846 and 841(b)(1)(A)(ii) |
| *Max. Penalty: | Life imprisonment |
| Count 2: | Conspiracy to import cocaine and marijuana |
| | 21 U.S.C. §§ 963 and 960(b)(1)(B) |
| *Max. Penalty: | Life imprisonment |
| Count 3: | |
| *Max. Penalty: | |
| Count 4: | |
| *Max. Penalty: | |
| Count 5: | |
| *Max. Penalty: | |
| Count 6 : | |
| *Max. Penalty: | |
| Count 7: | |
| *Max. Penalty: | |

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

No. ----------

# UNITED STATES DISTRICT COURT

**SOUTHERN** ———— District of __FLORIDA__ ————

__CRIMINAL__ ———————— *Division*

## THE UNITED STATES OF AMERICA

vs.

SAMUFI KNOWLFS, et al.

## INDICTMENT

IN VIOLATION OF:

21 U.S.C. 841
21 U.S.C. 846
21 U.S.C. 952
21 U.S.C. 963
21 U.S.C. 853

A true bill.

*Foreman*

Filed in open court this 1st
day of June A.D. 2001

_____ *Clerk*

Bail, $ _____